﻿Citation Nr: AXXXXXXXX
Decision Date: 05/14/19 Archive Date: 05/13/19

DOCKET NO. 190129-3376
DATE: May 14, 2019

REMANDED

Entitlement to service connection for a back disability is remanded

REASONS FOR REMAND

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for veterans dissatisfied with VA's decision on their claim to seek review. The Board is honoring the Veteran's choice to participate in VA's test program, RAMP, the Rapid Appeals Modernization Program.

The Veteran served on active duty from September 1953 to September 1957. 

He selected the Higher-Level Review lane when he submitted the RAMP election form on August 13, 2018. Accordingly, the December 2018 RAMP rating decision considered the evidence of record as of the date VA received the RAMP election form. The Veteran timely appealed this RAMP rating decision to the Board and requested direct review of the evidence considered by the Agency of Original Jurisdiction (AOJ).

Upon review of the record, the Board finds that remand is required to correct a pre-decisional duty to assist error. 

Review of the Veteran’s VA treatment records shows that the Veteran is followed for chronic back pain by his primary care provider at Kaiser Permanente. See a February 1, 2018 VA Internal Medicine Outpatient Note; see also a September 30, 2008 VA Internal Medicine Outpatient Note (indicating that the Veteran, at that time, was receiving all care from doctors at Kaiser). Thus, by this information, the AOJ was placed on notice that relevant records pertaining to the Veteran’s chronic low back pain existed. The AOJ did not specifically request that the Veteran provide the private records, or provide a release authorizing VA to obtain those records on his behalf, as per the duty to assist requirements outlined in 38 C.F.R. § 3.159(e)(2) before denying his service-connection claim. 

A remand is required so that these private records can be requested and obtained for consideration in the adjudication of the Veteran’s service-connection claim.

(Continued on Next Page)

The matter is REMANDED for the following action:

Send the Veteran a letter requesting that he submit, or authorize VA to obtain on his behalf, his private treatment records for chronic back pain from his care providers at Kaiser Permanente. If the Veteran provides authorizations, all appropriate action to request and obtain the records should be performed. 

 

V. Chiappetta

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD L. Crohe, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.